UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN WESLEY MAY, JR.,

    Plaintiff,

v.                                    CASE NO. 8:16-cv-1968-T-23MAP

WINTER HAVEN POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER**

The *pro se* plaintiff sues (Doc. 1) (1) Checkers, a drive-thru restaurant in Winter Haven, Florida, for refusing the plaintiff an apple pie for which he paid and (2) the Winter Haven Police Department for placing him "under arrest for misuse of a 9-1-1 emergency system and for trespassing."[*] The plaintiff moves (Doc. 2) to proceed *in forma pauperis* under 28 U.S.C. § 1915, which permits a proceeding *in forma pauperis* but which states, "the court shall dismiss [an action] at any time if the court determines that [the action] . . . is frivolous." A "claim is frivolous if it is without arguable merit either in law or fact [and thus] . . . the plaintiff's realistic chances of

---

[*] Although the complaint fails to identify the statutes under which the officer arrested the plaintiff, the officer likely arrested the plaintiff for violation of Section 365.172(14), Florida Statutes, which prohibits "misusing the 911 system," and for violation of Section 810.08(1), which states, "Whoever . . . having been authorized, licensed, or invited [to enter a "structure or conveyance"] is warned by the owner or lessee of the premises, or by a person authorized by the owner or lessee, to depart and refuses to do so, commits the offense of trespass in a structure or conveyance."

ultimate success are slight." *Fortson v. Georgia*, 601 Fed. Appx. 772, 774 (11th Cir. 2015) (per curiam) (citing *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001), and *Moreland v. Wharton*, 899 F.2d 1168, 1170 (11th Cir. 1990)).  Correctly recommending denial of the plaintiff's motion and correctly recommending dismissal of this action, a July 20, 2016 report (Doc. 5) from the magistrate judge explains that the complaint fails to state "a basis for this Court's jurisdiction over this dispute" and that "amendment would be futile."  (citing *Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001))  The plaintiff's objection (Doc. 6) is **OVERRULED**, and the report and recommendation (Doc. 5) is **ADOPTED**.  The plaintiff's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**, and this action is **DISMISSED**.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on August 17, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE